IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08CV34-C

| | |
|---|---|
| STEEL BOLT CONSTRUCTION, LLC, et. al., )<br>)<br>　　Plaintiffs, )<br>　　v. )<br>)<br>EAGLE CAPITAL CORPORATION, et. al., )<br>)<br>　　Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on Defendant Eagle Capital Corporation's "Motion[s] for Admission ... Pro Hac Vice ... for L. Bradley Dillard and Lee Alexander Durrett" (documents ##6 and 7) filed March 7, 2008. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: March 7, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge